**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Cr. No. 2:25-cr-20374-TLP** |
| **v.** | ) | |
| | ) | |
| **JUSTIN HARDAWAY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MOTION TO DISMISS

**COMES NOW,** the United States, by and through D. Michael Dunavant, United States Attorney, and Raney Irwin, Assistant United States Attorney for the Western District of Tennessee, and for good cause, moves this Court to dismiss the indictment in case **25-CR-20374-TLP** against Justin Hardaway.

Respectfully submitted,

D. MICHAEL DUNAVANT
United States Attorney

By: *s/ Raney Irwin*
RANEY IRWIN
Assistant United States Attorney
167 N. Main St. Ste. 800
Memphis, Tennessee 38103
(901) 544-4231

**CERTIFICATE OF SERVICE**

I, Raney Irwin, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing response was forwarded by electronic means, via the Court's Electronic Filing System, to Attorneys for Defendant.

This 11th day of August, 2026.

*s/ Raney Irwin*
Raney Irwin
Assistant United States Attorney